IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                          JUDGE WILEY Y. DANIEL
_____

Date:                January 17, 2008        Probation:      Tom Destito
Courtroom Deputy:    Robert R. Keech         Interpreter:    N/A
E.C.R./Reporter:     Kara Spitler
_____

Criminal Case No: **07-cr-00110-WYD**        Counsel:

UNITED STATES OF AMERICA,                    Linda A. McMahan

         Plaintiff,

v.

**1. ANITA RA RETH LUONG**,                  William W. Frankfurt, Jr.

         Defendant.
_____

                              **SENTENCING**
_____

**1:41 p.m.**     Court in Session - Defendant present (on-bond)

                  **Change of Plea Hearing - May 9, 2007**
                  **Plea of Guilty - one-count Information**

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

1:42 p.m.         Statement on behalf of Government (Ms. McMahan).

1:43 p.m.         Statement on behalf of Defendant (Mr. Frankfurt).

1:43 p.m.         Statement on behalf of Government (Ms. McMahan).

1:49 p.m.         Statement on behalf of Probation (Mr. Destito).

1:51 p.m.         Statement on behalf of Government (Ms. McMahan).

Judge Wiley Y. Daniel
07-cr-00110-WYD - Sentencing Minutes

| | |
|---|---|
| 1:53 p.m. | Statement on behalf of Defendant (Mr. Frankfurt). |
| 1:55 p.m. | Statement by Defendant on her own behalf (Ms. Luong). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (#19 - 11/9/2007) is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **21** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

- (X) Defendant shall not commit another federal, state or local crime.

- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

- (X) Defendant shall comply with standard conditions adopted by the Court.

- (X) Defendant shall not unlawfully possess a controlled substance.

- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

- (X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the offense is not drug related, and there is no current or past history of substance abuse.

- (X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

| | |
|---|---|
| (X) | The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule. |
| (X) | The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment. |

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant to make **restitution** as follows:
**$518,126.20 to be made payable to the following victim(s):**

| **Victims** | **Amount** |
|---|---|
| Bank of the West<br>Attn: Diane Saia, Senior Investigator<br>890 West Cherry Street<br>Louisville, CO  80027 | $518,126.20 |

Restitution is to be made payable in monthly payments of at least **$300.00.** ***Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.***

**ORDERED:** Defendant may surrender voluntarily as follows:  **Report to the designated institution on or before Tuesday, February 19, 2008, at 12:00 noon.**

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

Judge Wiley Y. Daniel
07-cr-00110-WYD - Sentencing Minutes

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**2:10 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:29**